# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: September 16, 2024            Judge: Hon. James Donato

Court Reporter: Debra Pas
Time: 20 Minutes
Case No.     **3:22-cr-00227-JD-1**
Case Name     **USA v. Shaukat Shamim**

Attorney(s) for Government:     David Rizk
Attorney(s) for Defendant(s):     Noah Stern

Deputy Clerk: Jenny Galang

## PROCEEDINGS

Change of Plea Hearing -- Held

## NOTES AND ORDERS

Defendant pleads guilty to Count Four of the Indictment, for a violation of 15 U.S.C. §§ 78j(b), 78ff, and 17 C.F.R. § 240.10b-5 (Securities Fraud). The Court accepts defendant's plea as knowing and voluntary and adjudges defendant guilty of the charged offense.

A sentencing hearing is set for December 16, 2024, at 10:30 a.m. in Courtroom 11. The pretrial conference set for September 26, 2024, and the jury trial set for October 15, 2024, are vacated.